UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 20, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SIR CHARLES DANARIO MASON,

Defendant.

Case No. 2:14-mj-00033-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SIR CHARLES DANARIO MASON ,

Case No. 2:14-mj-00033-CKD  from custody for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _____25,000_____

_X_   Unsecured Appearance Bond $ 25,000, cosigned by parents

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other): __Pretrial services condition, and third-party custody of mother.__

Issued at Sacramento, California on February 20, 2014 at 2:30

By: _____
Magistrate Judge Carolyn K. Delaney