HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.harter@fd.org

Attorney for Defendant
SIR CHARLES MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Mag. 14-0033-CKD |
| Plaintiff, | REQUEST AND [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285 |
| v. | |
| SIR CHARLES MASON, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**BACKGROUND**

On January 29, 2014, Mr. Mason was indicted in Tucson, Arizona. He was arrested in this district on February 19, 2014 and appeared in Magistrate Court that same day. He was released under conditions on February 20, 2014 and has been ordered to appear on April 9, 2014 in Tucson, Arizona.

Mr. Mason is living in Fairfield, California with his mother. He is being supervised by pretrial services in this district. He has three minor children and is employed by a temp agency. He cannot afford to pay for his transportation to Arizona.

**LAW**

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to furnish the defendant with money for travel and subsistence to that court as provided for in 5 U.S.C. § 5702(a). See 18 U.S.C. § 4285. This statute applies even where a

-1-

defendant must travel to "another judicial district in which criminal proceedings are pending". 18 U.S.C. §4285.

**REQUEST**

The facts presented do indicate that the defendant would not be able to pay for the cost of transportation to the District of Arizona for his required court appearance on April 9, 2014. Accordingly, the defendant requests that this Court order payments pursuant to 18 U.S.C. § 4285. Counsel undersigned has communicated with U.S. Attorney on this matter. He has no objection to this request. A hearing on this matter is not requested.

Dated:  March 7, 2014                              Respectfully submitted,

                                                                         HEATHER E. WILLIAMS
                                                                         Federal Defender

                                                                         /s/ Linda C. Harter
                                                                         _____
                                                                         LINDA C. HARTER
                                                                         Chief Assistant Federal Defender
                                                                         Attorney for Defendant
                                                                         SIR CHARLES MASON

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This Order is to authorize and direct you to furnish the above named defendant, SIR CHARLES MASON the cost of or an actual ticket for travel from Sacramento, California to Tucson, Arizona pursuant to 18 U.S.C. § 4285.  Subsistence travel expenses are also authorized. The Court has been presented with information indicating that Mr. Mason is indigent and without funds to purchase his own ticket.

The defendant's court appearance in Arizona is scheduled to take place on April 9, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  March 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Mason0033.transportation.order

-3-